IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:13-CV-00826-FL

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) **ORDER** |
| AK STEEL CORP., et al., | ) ) ) |
| Defendants. | ) |

THIS MATTER is before the Court upon motion by Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE, and Defendant AK STEEL CORPORATION, to dismiss without prejudice all claims against AK STEEL CORPORATION in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against AK STEEL CORPORATION without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE against Defendant AK STEEL CORPORATION be dismissed without prejudice, and each party to bear its own costs.

This 26th day of March, 2014.

_____
United States District Court Judge