IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:13-CV-00826-FL

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  **ORDER**<br>) |
| AK STEEL CORP., et al., | )<br>) |
| Defendants. | ) |

THIS MATTER is before the Court upon motion by Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE, and Defendant BRIGGS & STRATTON CORPORATION, to dismiss without prejudice all claims against BRIGGS & STRATTON CORPORATION in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against BRIGGS & STRATTON CORPORATION without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE against Defendant BRIGGS & STRATTON CORPORATION be dismissed without prejudice, and each party to bear its own costs.

This 26th day of March, 2014.

_____
United States District Court Judge