IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AK STEEL CORP., et al., )<br>)<br>Defendants. )<br>) | File No. 5:13-CV00826-FL<br><br>**ORDER** |

THIS MATTER is before the Court upon motion by Plaintiffs Larry Winslowe Lee and Susan Provost Lee and Defendant Eckler's Corvette Parts (incorrectly sued as Eckler's Corvette), to dismiss without prejudice all claims against Eckler's Corvette Parts in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Eckler's Corvette Parts without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs Larry Winslowe Lee and Susan Provost Lee against Defendant Eckler's Corvette Parts be dismissed without prejudice, and each party to bear its own costs.

This __28th__ day of ____March____, 2014.

_____
United States District Court Judge