IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE,<br><br>Plaintiffs,<br><br>v.<br><br>AK STEEL CORP., et al.,<br><br>Defendants. | File No. 5:13-cv-00826-FL<br><br>**ORDER** |

THIS MATTER is before the Court upon motion by Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE, and Defendant SPECIAL ELECTRIC COMPANY, INC., to dismiss without prejudice all claims against SPECIAL ELECTRIC COMPANY, INC. in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against SPECIAL ELECTRIC COMPANY, INC. without prejudice, and that the motion should be granted for good cause shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE, against Defendant SPECIAL ELECTRIC COMPANY, INC. be dismissed without prejudice, and each party to bear its own costs.

This the 28th day of March, 2014.

_____
United States District Court Judge