IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| Larry Winslowe Lee and Susan Provost Lee, | ) ) ) | |
| Plaintiffs, | ) ) | E.D.N.C. |
| vs. | ) ) | CIVIL ACTION NO. |
| AK STEEL CORP, (sued individually and as successor-by-merger to AK STEEK HOLDING CORP. and as successor-in-interest to ARMCO STEEL CO., LP, and as successor-in-interest to ARMCO, INC. f/k/a ARMCO STEEL CORPORATION, *et al.* | ) ) ) ) ) ) ) ) | 5:13-CV-826-FL |
| Defendants. | ) | |

## ORDER

This matter was heard on joint motion by Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE and Defendant, McWane, Inc., as successor in interest to Clow Corporation and its Clow Valve Division, sued as "Clow Valve Company" and "McWane Inc. (individually and as successor-in-interest to Clow Corporation)", to dismiss without prejudice all claims against McWane, Inc., as successor in interest to Clow Corporation and its Clow Valve Division in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against McWane, Inc., as successor in interest to Clow Corporation and its Clow Valve Division without prejudice, and that the motion should be granted for good causes shown;

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, LARRY WINSLOWE LEE and SUSAN PROVOST LEE, against Defendant McWane, Inc., as

successor in interest to Clow Corporation and its Clow Valve Division be dismissed without prejudice, and each party to bear its own costs.

    This the __4th__ day of _____April___, 2014.

_____
United States District Judge