IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, Plaintiffs, vs. AK STEEL CORP., et al., Defendants. | C/A No. 5:13-cv-00826-FL |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court, with the consent and approval of the parties, to dismiss the captioned plaintiffs' claims against Defendant Dana Companies LLC pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure.

For cause shown,

IT IS THEREFORE ORDERED that the claims of Plaintiffs Larry Winslowe Lee and Susan Provost Lee against the Defendant Dana Companies LLC are hereby dismissed without prejudice, each party to bear their own costs.

SO ORDERED this __21st__ day of May, 2014.

_____
United States District Court Judge