**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:13-cv-00826-FL**

**LARRY WINSLOWE LEE and
SUSAN PROVOST LEE,**

**JURY TRIAL DEMANDED**

        **Plaintiffs,**

    **v.**

**AK STEEL CORP., et al.,**

        **Defendants.**

## ORDER

    This matter is before the Court on the Joint Motion to Dismiss Plaintiffs' claims against only Defendant UNION CARBIDE CORPORATION pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED. IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant UNION CARBIDE CORPORATION, ONLY is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

    This is the  1st  day of _____August , 2014.

_____
U.S. District Court Judge