IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

File No.: 5:13-cv-00826-FL

Larry Winslowe Lee and Susan Provost Lee, )
)
                Plaintiffs, )
)
vs. )      **ORDER**
)
AK Steel Corp., et al. )
)
                Defendants. )
)

    This matter is before the Court upon motion by Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, and Defendant Deere & Company d/b/a John Deere, to dismiss without prejudice all claims against Deere & Company d/b/a John Deere in this matter.

    It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Deere & Company d/b/a John Deere without prejudice, and that the motion should be granted for good causes shown;

    IT IS THEREFORE ORDERED that the action of Plaintiffs, Larry Winslowe Lee and Susan Provost Lee against Defendant Deere & Company d/b/a John Deere, be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

    This the __23rd__ day of __October__, 2014.

_____
United States District Court Judge