IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

File No.: 5:13-cv-00826-FL

Larry Winslowe Lee and Susan Provost Lee, )
)
                Plaintiffs, )
)
    vs. ) **ORDER**
)
AK Steel Corp., et al. )
)
               Defendants. )
)

This matter is before the Court upon motion by Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, and Defendant Grinnell, LLC d/b/a Grinnell Corporation, to dismiss with prejudice all claims against Grinnell, LLC d/b/a Grinnell Corporation in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Grinnell, LLC d/b/a Grinnell Corporation with prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiffs, Larry Winslowe Lee and Susan Provost Lee against Defendant Grinnell, LLC d/b/a Grinnell Corporation, be DISMISSED WITH PREJUDICE. Each party to bear its own costs.

This the 23rd day of October, 2014.

_____
United States District Court Judge