UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:13-cv-00826- FL

LARRY WINSLOWE LEE and SUSAN PROVOST LEE,

    Plaintiffs,

v.

AK STEEL CORP., et al.,

    Defendants.

JURY TRIAL DEMANDED

## ORDER

This matter is before the Court on the Joint Motion to Dismiss Plaintiffs' False Representation/Fraud claim (Fourth Cause) against Defendant Genuine Parts Company (incorrectly identified as "Genuine Parts Company d/b/a National Automotive Parts Association (aka NAPA)"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is GRANTED. All other causes of action set forth in Plaintiffs' complaint are to remain.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant Genuine Parts Company are hereby dismissed without prejudice, with each party to bear its own costs.

This is the 10th day of March, 2015.

_____
U.S. District Court Judge