IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:13-cv-00826-FL

| | |
|---|---|
| **Larry Winslowe Lee and Susan Provost Lee,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) **ORDER** |
| **AK Steel Corp., et al.** | ) |
| **Defendants.** | ) |

This matter is before the Court upon motion by Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, and Defendant Hajoca Corporation, to dismiss without prejudice all claims against Hajoca Corporation in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Hajoca Corporation without prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiffs, Larry Winslowe Lee and Susan Provost Lee against Defendant Hajoca Corporation, be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the  13th  day of _____March , 2015.

_____
United States District Court Judge