IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:13-cv-00826-FL

| | |
|---|---|
| **Larry Winslowe Lee and Susan Provost Lee,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **AK Steel Corp., et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

This matter is before the Court upon motion by Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, and Defendant Pfizer, Inc., to dismiss without prejudice all claims against Pfizer, Inc. in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Pfizer, Inc. without prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the action of Plaintiffs, Larry Winslowe Lee and Susan Provost Lee against Defendant Pfizer, Inc., be DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This the __13th__ day of _____ March , 2015.

_____
United States District Court Judge