IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) EDNC Case No.: 5:13-cv-00826-FL ) |
| AK STEEL CORP., *et al.*, | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss Defendant Honeywell International Inc.

For the reasons stated in the Joint Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion is **GRANTED,** and the claims of the Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, against Defendant Honeywell International Inc. are hereby **DISMISSED WITH PREJUDICE,** each party to bear their own costs. To the extent that any cross-claims by or against Defendant Honeywell International Inc. exist, those cross-claims are also hereby dismissed.

**IT IS SO ORDERED.**

Signed: _____May 11__, 2015

_____
U.S. District Court Judge