IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No. 5:13-CV-00826-FL

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AK STEEL CORP., et al., | ) ) |
| Defendants. | ) ) ) |

**ORDER**

THIS MATTER is before the Court on the Joint Motion to Dismiss Plaintiffs' claims, without prejudice, against Defendant Kawasaki Motors Corp., U.S.A. pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. There being no opposition, the motion is ALLOWED.

IT IS, THEREFORE, ORDERED that Plaintiffs' claims against Defendant Kawasaki Motors Corp., U.S.A. in this matter are hereby DISMISSED WITH PREJUDICE.

This the 22nd day of July, 2015.

_____
United States District Judge