IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No.: 5:13-CV-826FL

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AK STEEL CORP., et al. | ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiff, Larry Winslowe Lee and Susan Provost Lee, his spouse, and Defendant, Metropolitan Life Insurance Company ("Metropolitan Life"), by and through counsel, to dismiss <u>with</u> prejudice all claims against Defendant Metropolitan Life Insurance Company in this matter.

It appearing that grounds exist to permit Plaintiff to voluntarily dismiss this action against Metropolitan Life Insurance Company, with prejudice, and that the motion should be granted for good causes shown.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiff, Larry Winslowe Lee and Susan Provost Lee, his spouse, against Metropolitan Life Insurance Company, be dismissed With Prejudice. Each party shall bear their own respective costs.

This the  14th   day of January, 2016.

_____
United States District Court Judge