UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:13-cv-00826-FL

| | |
|---|---|
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE, | )<br>)<br>) |
| Plaintiffs, | ) **ORDER OF DISMISSAL**<br>)<br>) |
| v. | )<br>) |
| AK STEEL CORP., et al., | )<br>) |
| Defendants. | ) |

THIS MATTER is before the Court on the Joint Motion to Dismiss Defendant GENUINE PARTS COMPANY.

For the reasons stated in the Joint Motion, and for cause shown,

IT IS THEREFORE, ORDERED that the Joint Motion is GRANTED, and the claims of the Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, against Defendant GENUINE PARTS COMPANY (identified in the Complaint as "GENUINE PARTS COMPANY d/b/a NATIONAL AUTOMOTIVE PARTS ASSOCIATION (aka NAPA)") are hereby DISMISSED WITH PREJUDICE, each party to bear their own costs. To the extent that any cross-claims by or against Defendant GENUINE PARTS COMPANY exist, those cross-claims are also hereby dismissed.

IT IS SO ORDERED.

Signed: _____March 28_____, 2016

_____
U.S. District Court Judge