IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN RE:     ASBESTOS PRODUCTS LIABILITY LITIGATION | |
| LARRY WINSLOWE LEE and SUSAN PROVOST LEE,<br><br>                 Plaintiffs,<br><br>vs.<br><br>AK STEEL CORP., et al.,<br><br>                 Defendants. | C/A No. 5:13-cv-00826-FL |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice [Doc. 328].

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion [Doc. 328] is GRANTED, and all of the Plaintiffs' claims against the Defendant CertainTeed Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

This the 9th day of May, 2016.

_____
United States District Court Judge