UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:13-cv-00826-FL

| | |
|---|---|
| SUSAN PROVOST LEE, Individually and as Personal Representative of the Estate of LARRY WINSLOWE LEE, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| AK STEEL CORP., et al., | ) ) |
| Defendants. | |

## ORDER SUBSTITUTING PERSONAL REPRESENTATIVE AS PLAINTIFF

This cause being heard by the undersigned Judge on motion of Susan Provost Lee, Individually and as Personal Representative of the Estate of Larry Winslowe Lee, deceased, to be substituted as plaintiff; and it appearing to the Court that Larry Winslowe Lee is deceased and that Susan Provost Lee is the duly qualified, appointed and acting Personal Representative of his estate; and it further appearing to the Court that the nature of this action is such that the cause of action survives the death of the named plaintiff;

IT IS ORDERED that Susan Provost Lee, Individually and as Personal Representative of the Estate of Larry Winslowe Lee, deceased, is hereby substituted as plaintiff and that the substitution shall be hereafter shown in the title to this action.

This the 9th day of May, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge