UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:13-cv-00826- FL

| | |
|---|---|
| LARRY WINSLOWE LEE and<br>SUSAN PROVOST LEE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| AK STEEL CORP., et al., | )<br>) |
| Defendants. | ) |

THIS MATTER is before the Court on the Joint Motion to Dismiss Defendant Pneumo Abex, LLC

For the reasons stated in the Joint Motion, and for cause shown,

IT IS THEREFORE, ORDERED that the Joint Motion is GRANTED, and the claims of the Plaintiffs, Larry Winslowe Lee and Susan Provost Lee, against Defendant Pneumo Abex, LLC are hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own costs. To the extent that any cross-claims by or against Defendant Pneumo Abex, LLC exist, those cross-claims are also hereby dismissed.

IT IS SO ORDERED.

Signed: _____ May 12, 2016

_____
U.S. District Court Judge