UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.: 5:13-cv-00826- FL

| | |
|---|---|
| SUSAN PROVOST LEE, Individually and as Personal Representative of the Estate of LARRY WINSLOW LEE, <br><br>Plaintiffs, <br><br>v. <br><br>AK STEEL CORP., et al., <br><br>Defendants. | **ORDER OF DISMISSAL** |

THIS MATTER is before the Court on the Joint Motion to Dismiss Defendant J-M Manufacturing Company, Inc. For the reasons stated in the Joint Motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and the claims of Plaintiff Susan Provost Lee, Individually and as Personal Representative of the Estate of Larry Winslowe Lee against Defendant J-M Manufacturing Company, Inc. are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs.

IT IS SO ORDERED.
This the 23rd day of June, 2016.

_____
U.S. District Court Judge